AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br><br>CHRISTOPHER GROTH<br><br>*Defendant(s)* | **SEALED**<br>Case No. 4:22MJ3020 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **FEBRUARY 2, 2021** in the county of **SARPY** in the _____ District of **NEBRASKA**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(1) | TRANSPORTATION OF CHILD PORNOGRAPHY |

This criminal complaint is based on these facts:

PLEASE SEE THE ATTACHED AFFIDAVIT OF SPECIAL AGENT ELI MCBRIDE

☒ Continued on the attached sheet.

*Complainant's signature*

ELI MCBRIDE, SPECIAL AGENT
*Printed name and title*

☒ Sworn to before me and signed in my presence.

☐ Sworn to before me by telephone or other reliable electronic means.

Date: Feb 15, 2022

*Judge's signature*

City and state: LINCOLN, NEBRASKA

CHERYL R. ZWART, U.S. MAGISTRATE JUDGE
*Printed name and title*