IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:22CR3018 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| v. | ) | **CONTINUE TRIAL** |
| | ) | |
| CHRISTOPHER GROTH, | ) | |
| | ) | |
| Defendant. | ) | |

Comes now Christopher Groth, by and through Assistant Federal Public Defender Jessica L. Milburn, and moves the Court for an order continuing his jury trial currently scheduled for August 8, 2022. In support of this motion, he states the following:

1. Counsel and Mr. Groth have met and discussed his case several times. At this juncture, plea negotiations are underway. However, an agreement has not been reached, and therefore Mr. Groth cannot remove his case from the trial docket. He requests his trial be continued for 45 days.

2. AUSA Tessie Smith does not object to this request for a continuance.

3. Mr. Groth submits, pursuant to 18 U.S.C. §3161(h)(7)(A), that the delay resulting from his filing the present motion will serve the ends of justice and that continuing his trial outweighs the best interests of the public and the defendant in a speedy trial

WHEREFORE, Defendant requests that the Court enter an order continuing his

trial as described above.

Respectfully submitted this 28th day of July, 2022.

CHRISTOPHER GROTH, Defendant,

/s/ *Jessica L. Milburn*
**JESSICA L. MILBURN**
**Assistant Federal Public Defender**
112 Federal Building
100 Centennial Mall North
Lincoln, NE 68508
(402) 221-7820