IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER GROTH,<br><br>Defendant. | 4:22CR3018<br><br>MOTION TO SEAL |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and moves this Court to seal the Government's Notice of Intent to Introduce 404(b) Evidence and its brief in support. These filings contain information which must be sealed in accordance with the law. *See* 18 U.S.C. 3509(d)(2). Copies of the sealed filings will be emailed to the defense.

DATED this 7th day of March, 2022.

Respectfully submitted,

UNITED STATES OF AMERICA, Plaintiff
STEVEN A. RUSSELL
United States Attorney
District of Nebraska

By: *Tessie Smith*
TESSIE L.S. SMITH, #25828
Assistant U.S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, NE 68508-3865
Tel: (402) 437-5241
Fax: (402) 437-5390
E-mail: Tessie.Smith@usdoj.gov