IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHRISTOPHER GROTH,<br><br>                Defendant. | 4:22CR3018<br><br>MOTION TO DISMISS COUNT<br>OF INDICTMENT |

COMES NOW the Plaintiff, United States of America, and pursuant to Fed. R. Crim. P. 48(a), respectfully requests leave to dismiss, without prejudice, Count II of the Indictment filed herein, as it relates to the Defendant, Christopher Groth.

Dated this 21st day of March, 2023.

                                                  Respectfully submitted,

                                                  UNITED STATES OF AMERICA,
                                                  Plaintiff

                                                  STEVEN A. RUSSELL
                                                  United States Attorney

                                By:    *s/ Tessie L. Smith*
                                                  TESSIE L.S. SMITH #25828
                                                  Assistant U.S. Attorney
                                                  100 Centennial Mall North #487
                                                  Lincoln, Nebraska 68508