IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  CHRISTOPHER GROTH,  Defendant. | 4:22-CR-3018  ORDER |

This matter is before the Court on the plaintiff's Motion to Dismiss Count of Indictment (filing 81). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of Count II of the indictment, without prejudice.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss Count of Indictment (filing 81) is granted.

2. Count II of the indictment is dismissed without prejudice.

Dated this 21st day of March, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge