# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 4:22CR3018 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **MOTION FOR EXTENSION OF** |
| | ) | **TIME TO FILE MOTIONS,** |
| **CHRISTOPHER GROTH,** | ) | **OBJECTIONS AND DISCLOSURES** |
| | ) | |
| **Defendant.** | ) | |

**COMES NOW** Defendant, Christopher Groth, through his counsel, Carlos Monzón, Monzón, Guerra & Chipman, moves the Court extending the deadline for the filing of motions.

In support of the instant Motion, defendant shows to the Court as follows:

1. Defendant needs additional time to meet with an expert and determine objections to the Presentence Investigation Report, if any, and to prepare for the sentencing hearing.

**WHEREFORE**, defendant prays that this Honorable Court will enter an Order extending the deadline to file Motions.

Respectfully submitted this 18th day of May, 2023.

CHRISTOPHER GROTH, Defendant

BY:  /s/Carlos Monzón_____
Carlos Monzón, #20453
MONZON, GUERRA & CHIPMAN
1133 "H" Street
Lincoln, Nebraska 68508
(402) 477-8188 (Office)
(402) 477-8202 (Facsimile)
cmonzon@monzonlaw.com
Attorney for Defendant

1

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this 18th day of May, 2023, he delivered a true and exact copy of the foregoing MOTION via electronic transmission upon:

Tessie L. Smith
Assistant U.S. Attorney
100 Centennial Mall North
Suite 487, Federal Building
Lincoln, NE 68508

                                                    */s/Carlos Monzón*
                                                    CARLOS MONZON