# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 4:22CR3018 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **MOTION TO CONTINUE TRIAL** |
| | ) | |
| **CHRISTOPHER GROTH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**COMES NOW** Defendant, Christopher Groth, by and through his counsel of record, Carlos Monzón, Monzón, Guerra & Chipman, and hereby moves this Court for an Order continuing the trial set for June 5, 2023 at 1:30 p.m.

In support of the instant Motion, defendant states as follows:

1. Defendant needs additional time to meet with an expert and determine objections to the Presentence Investigation Report, if any, and to prepare for the sentencing hearing.

**WHEREFORE**, Defendant prays that this Court will issue an Order continuing this matter for approximately 30 days.

Respectfully submitted this 18th day of May, 2023.

                **CHRISTOPHER GROTH, Defendant**

BY: /s/Carlos Monzón_____
Carlos Monzón, #20453
MONZON, GUERRA & CHIPMAN
1133 "H" Street
Lincoln, Nebraska 68508
(402) 477-8188 (Office)
(402) 477-8202 (Facsimile)
cmonzon@monzonlaw.com
Attorney for Defendant

1

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 18th day of May, 2023, he delivered a true and exact copy of the foregoing MOTION TO CONTINUE via electronic transmission upon:

Tessie L. Smith
Assistant U.S. Attorney
100 Centennial Mall North
Suite 487, Federal Building
Lincoln, NE 68508

                                                 */s/Carlos Monzón*_____
                                                 CARLOS MONZON