# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **STATE OF NEBRASKA,** | ) | **CASE NO. 4:22CR3018** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **EXTENSION OF TIME** |
| **Christopher Groth,** | ) | |
| | ) | |
| **Defendant.** | ) | |

COMES NOW the Defendant, Christopher Groth, by and through his attorney of record, and hereby respectfully requests that the time for filing his objections to the Presentence Report and/or any Motions for Downward Departure/Variance, be extended until July 20, 2023. In support of this motion, the undersigned states that:

1. Defense counsel needed additional time to review the Presentence Report;

2. Defense counsel has had a busy trial schedule and other pending matters, which has caused a delay in the filing of Motion for Departure/Variance.

WHEREFORE, Defendant respectfully requests that this Court issue an Order extending the deadline for the objections to the Presentence Report and Motions for Downward Departure/Variance until July 20, 2023.

Respectfully submitted this 19th day of July, 2023.

                                                **Christopher Groth, Defendant**

                                                By: **/s/ Carlos A. Monzón**
                                                     Carlos A. Monzón, #20453
                                                     Attorney for Defendant
                                                     1133 H Street
                                                     Lincoln, NE  68508
                                                     (402) 477-8188
                                                     Fax: (402) 477-8202
                                                     cmonzon@monzonlaw.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this _____ day of July, 2023, the foregoing Motion for Extension of Time was electronically filed with the Clerk of the Court using the ECM/ECF system, which sent notification of said filing to the following:

Tessie L. Smith
Assistant U.S. Attorney
100 Centennial Mall North
Suite 487
Lincoln NE 68508

                **/s/ Carlos A. Monzón**
                Carlos A. Monzón, #20453